FILED
AUSTIN DIVISION
2003 JN 19 PM 3:52
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JANE DOE § | |
| Plaintiff § | |
| § | |
| § | CAUSE NO. A 03 CA 260 SS |
| THE UNIVERSITY OF TEXAS § | |
| AND SELLERS BAILEY, III, § | |
| INDIVIDUALLY AND IN HIS § | |
| OFFICIAL CAPACITY § | |
| Defendants. § | |

ORDER ON MOTION FOR LEAVE TO FILE AMENDED PLEADING

On this the 19th day of June, 2003, came on to be heard Plaintiff's Motion for Leave to File Amended Pleading and the Court is of the opinion that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion for Leave to File Amended Pleading is GRANTED and Plaintiff's First Amended Complaint is deemed filed and entered in this matter.

SIGNED on June 19, 2003

_____
JUDGE PRESIDING