IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2003 JL 22 PM 1:42

JANE DOE,

    Plaintiff,

-vs-

Case No. A-03-CA-260-SS

THE UNIVERSITY OF TEXAS and SELLERS BAILEY III, Individually and in His Official Capacity,

    Defendants.

## ORDER

BE IT REMEMBERED on the 22nd day of July 2003 the Court reviewed the file in the above-styled cause, and specifically the "Unopposed Motion to Stay All Proceedings" filed on July 8, 2003, and thereafter, enters the following order

IT IS ORDERED that the Motion to Stay All Proceedings is GRANTED and all proceedings in the above-captioned matter are STAYED.

IT IS FURTHER ORDERED that the parties shall advised the Court as to the status of the criminal case on or before September 19, 2003.

SIGNED this the 22nd day of July 2003.

_____
UNITED STATES DISTRICT JUDGE

19