FILED
SEP 29 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CAUSE NO. A 03 CA 260 SS |
| | § | |
| LARRY R. FAULKNER, | § | |
| JEFFREY VAN SLYKE, | § | |
| AND SELLERS BAILEY, III, | § | |
| INDIVIDUALLY AND IN THEIR | § | |
| OFFICIAL CAPACITIES | § | |
|     Defendants. | § | |

## UNOPPOSED MOTION TO LIFT STAY OF PROCEEDINGS

Plaintiff, Jane Doe, moves for an Order lifting the stay of proceedings in this matter. On July 22, 2003, this Court granted a stay of proceedings in this action pending the resolution of criminal charges against Defendant Sellers Bailey, III. The criminal proceedings against Defendant Bailey were concluded on September 12, 2003. Accordingly, Plaintiff moves that this Court enter an Order lifting the stay of proceedings in this matter. In addition to allowing the parties to proceed with discovery in this matter, pursuant to this Court's Order entered on September 12, 2003, an Order lifting the stay will trigger the deadline by which Defendants Faulkner and Van Slyke must file any motions asserting the defense of qualified immunity. Plaintiff's counsel has conferred with counsel for Defendants Larry R. Faulkner, Jeffrey Van Slyke, and Sellers Bailey, III, who do not oppose this motion.

Respectfully submitted,

**HOWARD & KOBELAN**
Attorneys at Law
100 Congress, Suite 1720
Austin, Texas 78701
(512) 480-9300
(512) 480-9374 (Facsimile)

By: Signature on file with the U.S. District Clerk
Derek A. Howard
State Bar No. 10064600
Robert W. Schmidt
State Bar No. 17775429
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

By my signature above I, Robert W. Schmidt, certify that a true and correct copy of the above and foregoing document has been forwarded via First Class US Mail to the following on this 8th day of July, 2003:

ATTORNEY FOR DEFENDANTS
LARRY R. FAULKNER and
JEFFREY VAN SLYKE,
Linda Halpern
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 fax

ATTORNEY FOR DEFENDANT
SELLERS BAILEY, III,
W. Reed Lockhoof
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2080
(512) 495-9139 fax