```
    [docket  ]              CIVIL/CRIMINAL                    [vdkttext]
 3. Docket                     Docketing                          [TEXT]


    Docket #   : 1:3 -cv-260
    Short Title: Doe                    v. University of Texas
    Type: cv    -    Judge: Sparks              Magistrate: Unspecified
    ----------------------------------------------------------------------

    -----------Event--------------Action-------------Relief------------Trans #----
    aff       sup       -           |-         |-         -        -      | 5601291


           +-----------------------------------------------------------+
            SEALED - Affidavit by Jane Doe in support of Pltf's
            response [36-1] to Dfts Van Slyke and Faulkner's motion for
            summary judgment


           +editing docket text----------------------------------------+

  Insert mode (ESC to exit)
```

**SEALED**

