UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JANE DOE, §
      Plaintiff, §
§ CIVIL ACTION NO. A-03-CA-260SS
v. §
§
LARRY FAULKNER, et al. §
      Defendants §

**ADVISORY**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendants Larry Faulkner and Jeffrey Van Slyke and file this Advisory.

Defendants Larry Faulkner and Jeffrey Van Slyke have entered into a tentative settlement agreement with Plaintiff to stay all proceedings, including the Alternative Dispute Resolution Deadline of January 9, 2004, and defendants Faulkner and Van Slyke's motion for summary judgment, for ninety days, as plaintiff and these defendants have a good faith belief that the case can be settled. Although undersigned counsel representing defendants Faulkner and Van Slyke was inadvertently left off the signature block of the Advisory and Joint Motion to Stay Proceedings previously filed with this Court by plaintiff and defendant Bailey, these parties also join in that Motion to Stay Proceedings.

WHEREFORE PREMISES CONSIDERED, defendants Faulkner and Van Slyke respectfully pray that the Court will grant the Joint Motion to Stay all Proceedings for ninety days.

      Respectfully submitted,

      GREG ABBOTT
      Attorney General of Texas

      BARRY R. McBEE
      First Assistant Attorney General



EDWARD D. BURBACH
Deputy Attorney General For Litigation

JEFF ROSE
Chief, General Litigation

_____
LINDA A. HALPERN
Texas Bar No. 24030166
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, Linda Halpern, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served by United States Mail on this 12th day of January, 2004, addressed to:

Derek A. Howard
Howard & Koplan
100 Congress, Suite 1720
Austin, Texas 78701

_____
LINDA HALPERN
Assistant Attorney General

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. A-03-CA-260SS |
| v. | § | |
| | § | |
| LARRY FAULKNER, et al. | § | |
| Defendants | § | |

**ORDER**

Be it remembered that on this day came to be considered **Joint Motion to Stay Proceedings** and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that said **Joint Motion to Stay Proceedings** be, and it is hereby GRANTED.

SIGNED on this the _____ day of _____, 2004 at _____, Texas.

_____
JUDGE PRESIDING