UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2004 APR 12 PM 4:23

| | | |
|---|---|---|
| JANE DOE, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. A 03 CA 260 SS |
| | § | |
| LARRY R. FAULKNER, *et al.* | § | |
| *Defendants.* | § | |

**STATUS REPORT**

NOW COMES Defendants, Larry R. Faulkner and Jeffrey Van Slyke, ("Defendants") in the above styled and numbered cause to file a status report concerning settlement of this lawsuit between Plaintiff, Jane Doe, and Defendants.

Defendants and Plaintiff, Jane Doe, have signed a settlement agreement to resolve the above styled and numbered cause. The paperwork necessary to effect payment should be finalized within the next fourteen days. Defendants would respectfully ask the Court to give these Defendants and Plaintiff an additional fourteen days to complete the paperwork to finalize the settlement agreement. The other named Defendant and Plaintiff are in the process of finalizing their settlement.

Once the paperwork is completed the Plaintiff will file an unopposed motion to dismiss Defendant from the above styled and numbered cause.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. MCBEE
First Assistant Attorney General



EDWARD D. BURBACH
Deputy Attorney General for Litigation

JEFF L. ROSE
Chief, General Litigation Division


_____
LINDA A. HALPERN
Texas Bar No. 24030166
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Status Report* has been as indicated below on April  12 , 2004  to:

Derek A. Howard - CMRR# 7003 2260 0002 7410 8983
Howard & Kobelan
100 Congress Avenue, Suite 1720
Austin, Texas 78701

W. Reed Lockhoof - Hand Delivery
Office of the Attorney General
Law Enforcement Defense Division

_____
LINDA A. HALPERN
Assistant Attorney General