IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 27 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| *JANE DOE*, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action A-03-CA-260-SS |
| *LARRY FAULKNER, et al.* | § | |
| Defendants. | § | |

## STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Sellars Bailey, in the above styled and numbered cause to file a status report concerning settlement of this lawsuit between Plaintiff, Jane Doe, and Defendant, Sellars Bailey.

Defendant, Sellars Bailey, and Plaintiff, Jane Doe, has reached a verbal agreement to settle the above styled and numbered cause. The paperwork should be finalized within the next thirty days. Defendant Bailey would respectfully ask the Court to give this Defendant and Plaintiff an additional thirty days to complete the paperwork to finalize the settlement agreement. The other named Defendants and Plaintiff are in the process of finalizing their settlement agreement and are waiting for the Governor's approval of the settlement proposal.

Once the paperwork is completed the Plaintiff will file an unopposed motion to dismiss Defendant from the above styled and numbered cause.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. MCBEE
First Assistant Attorney General

48

EDWARD D. BURBACH
Deputy Attorney General for Litigation

DAVID A. TALBOT, JR.
Assistant Attorney General
Acting Chief, Law Enforcement Defense Division

W. REED LOCKHOOF
Assistant Attorney General
State Bar No. 12474000
Attorney-In-Charge

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 495-9139 Fax No.

**ATTORNEYS FOR DEFENDANT BAILEY**

### CERTIFICATE OF SERVICE

I, W. REED LOCKHOOF, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of this **Status Report** has been served by the United States Mail, return receipt requested, on this the 9th day of April, 2004, addressed to:

Derek A. Howard - **Via CRRR 7002 3150 0001 4726 4763**
Howard & Kobelan
100 Congress Avenue, Suite 1720
Austin, Texas 78701
**Attorney for Plaintiff**

Ms. Linda Halpern     **Via Hand Delivery**
Office of the Attorney General
General Litigation Division
**Attorney for Defendants Faulkner and Van Slyke**

W. REED LOCKHOOF
Assistant Attorney General