IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2004 MY 19 PM 4:08

JANE DOE §
    Plaintiff §
§
v. § CAUSE NO. A 03 CA 260 SS
§
LARRY R. FAULKNER, §
JEFFREY VAN SLYKE, §
AND SELLERS BAILEY, III, §
INDIVIDUALLY AND IN THEIR §
OFFICIAL CAPACITIES §
    Defendants. §

### ORDER ON STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS FAULKNER AND VAN SLYKE

After considering the Stipulation of Dismissal of Claims Against Defendants Faulkner and Van Slyke, the Court:

GRANTS the stipulation and dismissed the case with prejudice.

SIGNED ON ___May 19___, 2004.

_____
UNITED STATES DISTRICT JUDGE




APPROVED & ENTRY REQUESTED:

_____
ROBERT W. SCHMIDT


_____
LINDA HALPERN

APPROVED & ENTRY REQUESTED:

_____
ROBERT W. SCHMIDT

_____
LINDA HALPERN

ORDER ON STIPULATION OF DISMISSAL OF CLAIMS  Page 2 of 2