FILED
AUSTIN DIVISION
2004 JL 12 PM 4:40
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CAUSE NO. A 03 CA 260 SS |
| | § | |
| SELLERS BAILEY, III | § | |
|     Defendant | § | |

### ORDER ON STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS FAULKNER AND VAN SLYKE

After considering the Stipulation of Dismissal of Claims Against Defendant Sellers Bailey, III, the Court:

GRANTS the stipulation and dismissed the case with prejudice.

SIGNED ON _____July 8_____, 2004.

_____
UNITED STATES DISTRICT JUDGE