**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED
2004 JL 12 PM 2: 51
U.S. CLERK'S OFFICE
WDR
BY

JANE DOE,

          **Plaintiff,**

-vs-

          **Case No. A-03-CA-260-SS**

**THE UNIVERSITY OF TEXAS and SELLERS
BAILEY III, Individually and in His Official
Capacity,**

          **Defendants.**

---

## ORDER CANCELLING SETTING

IT IS ORDERED that the setting for docket call in the above-styled case on July 23, 2004, is CANCELLED.

SIGNED this the 12th day of July 2004.

UNITED STATES DISTRICT JUDGE

55